**Electronically Filed
Supreme Court
SCWC-29181
21-JUL-2011
11:17 AM**

SCWC-29181

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

BRANDT HOMES INCORPORATED, a Hawai'i corporation;
Respondent-Plaintiff-Appellee

vs.

ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,
Petitioners-Defendants-Appellants
--------------------------------------------------------------------
ANTHONY CHARLES GRANDE and NARINDAR KAUR GRANDE,
Petitioners-Counterclaimants-Appellants,

vs.

BRANDT HOMES INCORPORATED, JEFFREY BRANDT,
and NA PALI HAWEO COMMUNITY ASSOCIATION,
Respondents-Counterclaim Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-2061)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Defendants-Appellant's application for writ

of certiorari filed on June 8, 2011, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 21, 2011.

Steven B. Jacobson
for petitioners on
the application

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.